UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | 8:24-cv-02784-DOC-DFM | Date | March 31, 2025 |
|---|---|---|---|
| Title | Nhan Hoang Le v. Long Kim Le | | |

PRESENT: **HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

| Karlen Dubon | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

On February 28, 2025, the Court issued a standing order re: ORDER ADDRESSING PLAINTIFF'S FILING DEFICIENCIES (Dkt. 19). Plaintiff has failed to comply with the Court's Order.

Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

                                                                               -       :       -

Initials of Deputy Clerk    kdu